UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KERENSZ HARRIS,                           Case No. 24-10417

     Plaintiff,                               F. Kay Behm
v.                                       United States District Judge

CITY OF FLINT,

     Defendant.
_____ /

## **JUDGMENT**

In accordance with the Opinion and Order issued on October 29, 2024, granting Defendant's Motion to Dismiss the Complaint with prejudice, Judgment is entered in favor of Defendant and against Plaintiff.

    **SO ORDERED**.

Date: October 29, 2024                  s/F. Kay Behm
                                                F. Kay Behm
                                                United States District Judge